Official Form 416A (12/15)

# Form 416A. CAPTION (FULL)

# United States Bankruptcy Court

Baltimore _____ District Of Maryland

In re  Keith Robertson ,

*[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]*

Debtor

Address  2807 Ashfield Dr Unit 303
Windsor Mill, MD 21244

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): _____

Employer's Tax Identification No(s). (if any): _____

Case No. 18-14916

Chapter _____

[Designation of Character of Paper]

Official Form 17A (12/14)

United States Bankruptcy Court
District of Maryland

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Keith Robertson

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Dismiss of Relief From Judgement

2. State the date on which the judgment, order, or decree was entered: _____

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Comptroller Of Maryland    Attorney: Kimberly B. Stephens
   Compliance Div - Room
   301 W. Preston Street
   Baltimore, MD 21201

2. Party: _____    Attorney: _____

Official Form 17A (12/14)

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_Keith Roberts_  
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 7/6/20

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Keith Roberts
2601 Ashyield Dr, Unit 303
Windsor Mill, MD 21244

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.